IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RODERICK NAPOLEON HARRIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **BOBBY LUMPKIN, Director,** | ) | Capital Case |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner, **RODERICK NAPOLEON HARRIS**, by undersigned counsel, respectfully requests that the Court appoint Gwendolyn C. Payton and Adam H. Charnes as counsel in federal habeas corpus proceedings pursuant to 18 U.S.C. § 3599(a)(2). In support of this request, Petitioner sets forth the following:

1. In May 2012, in the Criminal District Court, Dallas County, Texas, Mr. Harris was convicted of capital murder and sentenced to death.

2. On December 16, 2020 the Texas Court of Criminal Appeals denied Mr. Harris's application for post-conviction relief. *Ex parte Harris,* NO. WR-80,923-01 (Tex. Crim. App. Dec. 16, 2020) (per curiam) (unpublished).

3. Mr. Harris was found to be indigent throughout his state court proceedings. Mr. Harris is still indigent and is entitled to the appointment of counsel

under 18 U.S.C. § 3599(a).  No federal court has adjudicated his constitutional claims for relief; as such, Mr. Harris has a statutory right to the assistance of counsel in order to prepare and present those claims.  *See* 18 U.S.C. § 3599(e); *McFarland v. Scott*, 512 U.S. 849, 857-58 (1998).

4.  The Texas Office for Capital and Forensic Writs ("OCFW") represented Mr. Harris in state habeas proceedings pursuant to Texas Code of Criminal Procedure, Article 11.071, and continued to represent Mr. Harris at the time his state habeas application was denied.  The OCFW, however, is statutorily precluded from representing clients in federal habeas corpus proceedings.  Gwendolyn Payton appeared for Mr. Harris late in the state habeas proceedings after the writ of habeas corpus was filed and after the trial court had ordered a hearing.

5.  This Court's CJA Plan, Miscellaneous Order No. 3 (rev. July 2018), provides that this Court "should appoint the [Federal Public Defender for the Northern District of Texas ("FPD")], consistent with funding and staffing levels of the FPD related to these types of cases, when no conflict of interest exists." § XIV.F.2.  The FPD, however, has informed the undersigned, and authorized him to advise this Court, that it has a conflict of interest that prevents it from providing representation to Mr. Harris: Jeremy Schepers, the FPD Capital Habeas Unit Supervisor, previously represented Mr. Harris in state post-conviction proceedings.

6. Because the FPD has a conflict of interest, Mr. Harris asks that this Court appoint Gwendolyn C. Payton, and Adam H. Charnes, of Kilpatrick Townsend & Stockton, as lead counsel and co-counsel, respectively.

7. The unique and circumstances presented herein militate for the appointment of both Ms. Payton and Mr. Charnes. *See* Guide To Judiciary Policy, Guidelines for Administering the CJA and Related Statutes, ("Guide to Judiciary Policy"), Vol. 7A, Ch. 6, § 620.10.20 ("Due to the complex, demanding, and protracted nature of death penalty proceedings, judicial officers should consider appointing at least two attorneys" in capital habeas cases."). *See also* CJA Plan, § XIV.F.3 (same); State Bar of Texas, *Guidelines and Standards for Texas Capital Counsel*, Guideline 3.1 ¶ A(1) (The team representing a person facing execution "should consist of no fewer than two attorneys . . . an investigator, and a mitigation specialist.").

8. Gwendolyn Payton is a long-time capital defense attorney with extensive experience with post-conviction proceedings in state and federal courts, including 28 U.S.C. § 2254 cases in Texas. Ms. Payton is a partner at Kilpatrick Townsend & Stockton, where, in addition to capital defense, her practice focuses on complex litigation, class actions, trade secret, health care and antitrust and trade litigation. She has an active trial practice and regularly argues appeals in state and federal courts. She regularly works out of the Kilpatrick Townsend & Stockton

- 4 -

office in Dallas. Ms. Payton is licensed to practice in a multitude of state and federal jurisdictions, including the United States District Court for the Northern District of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. Her biography is available at https://www.kilpatricktownsend.com/en/People/P/PaytonGwendolynC.

9. Over the past 16 years, Ms. Payton has represented several post-conviction capital clients, including in Texas, and has previously been appointed by the United States District Court for the Southern District of Texas in a 28 U.S.C. § 2254 case. She has residences available to her in Dallas at no cost to the court and has a physical address in Dallas for mailing and service. She has never been employed by any of the offices that have previously represented Mr. Harris, nor any of the organizations unable to represent Mr. Harris due to a conflict of interest.

10. Ms. Payton contact information is as follows:

> Gwendolyn C. Payton
> Kilpatrick Townsend & Stockton
> 2001 Ross Avenue
> Suite 4400
> Dallas, TX USA 75201
> gpayton@kilpatricktownsend.com
> (206) 626-7714

11. Adam H. Charnes is the head of the Complex Litigation and Appellate practices at Kilpatrick Townsend & Stockton. He has served as counsel in habeas corpus proceedings on behalf of death-sentenced petitioners, including Texas. He is

a resident of the Kilpatrick Townsend & Stockton Dallas office and resides in Dallas. Mr. Charnes is licensed multiple state and federal jurisdictions, including Texas, the United States District Court for the Northern District of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. Mr. Charnes served as a law clerk to Supreme Court Justice Anthony M. Kennedy and to Judge J. Harvie Wilkinson III of the U.S. Court of Appeals for the Fourth Circuit. Prior joining Kilpatrick Townsend & Stockton, Mr. Charnes' experience includes service from 2002 to 2003 as the Principal Deputy Assistant Attorney General for the Office of Legal Policy at the United States Department of Justice, where he was responsible for various legal matters, including counter-terrorism policy and civil justice reform, and for assisting with the selection and confirmation of federal judges. Mr. Charnes was awarded the Attorney General's Distinguished Service Award in July 2003. Mr. Charnes' biography is available at https://www.kilpatricktownsend.com/en/People/C/CharnesAdamH. Mr. Charnes has never been employed by any of the offices that have previously represented Mr. Harris, nor any of the organizations unable to represent Mr. Harris due to a conflict of interest.

    12.    Mr. Charnes' contact information is as follows:

> Adam H. Charnes
> Kilpatrick Townsend & Stockton

>2001 Ross Avenue
>Suite 4400
>Dallas, TX USA 75201
>acharnes@kilpatricktownsend.com
>(214) 922-7106

13. Mr. Harris has informed the undersigned that he wants Ms. Payton and Mr. Charnes represent him in this proceeding.

14. Should this Court have questions regarding the qualifications of Ms. Payton and Mr. Charnes, Mr. Harris urges this Court to seek and consider the recommendation of the FPD regarding assignment of counsel. *See, e.g.*, CJA Plan, Miscellaneous Order No. 3 § XIV.F.4 (rev. July 2018); Guide To Judiciary Policy, Guidelines for Administering the CJA and Related Statutes, ("Guide to Judiciary Policy"), Vol. 7A, Appx 2A.

15. WHEREFORE, Petitioner, Mr. Harris, respectfully requests this Court appoint Gwendolyn C. Payton and Adam H. Charnes as counsel and co-counsel, respectively.

DATED:   December 22, 2020
         Austin, Texas

                Respectfully submitted,

                /s/ Benjamin B. Wolff
                Benjamin B. Wolff
                Texas Bar # 24091608
                Director, Office of Capital and Forensic Writs
                1700 Congress Ave., Suite 460
                Austin, TX 78701
                Benjamin.Wolff@ocfw.texas.gov
                (512) 463-8600
                (512) 463-8590 (fax)

## **CERTIFICATE OF SERVICE**

On December 22, 2020 a copy of the foregoing motion was served upon the Office of the Texas Attorney General by United States mail at the following address:

>Office of the Attorney General
>P.O. Box 12548
>Austin, TX 78711-2548

In addition, a courtesy copy of this motion was served upon Edward L. Marshall, Chief, Criminal Appeals Division, Office of the Texas Attorney General via electronic mail.

/s/ *Benjamin B. Wolff*
Benjamin B. Wolff