IN THE UNITED STATES DISTRICT COUR
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK NAPOLEON HARRIS, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | No. 3:20-cv-3702-C |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |

## ORDER APPOINTING COUNSEL

Before the Court is Petitioner Roderick Napoleon Harris's Motion for Appointment of Counsel ("motion," ECF No. 1). Having reviewed the motion and a written advisory from the Federal Public Defender, the Court finds that Harris is entitled to the appointment of counsel by the provisions of 18 U.S.C. § 3599(a)(2) but finds that Gwendolyn C. Payton has a potential conflict of interest for having represented the Petitioner in state court and that Adam H. Charnes is not qualified to act as lead counsel.

The Court finds that attorney Michael Mowla possesses the background, knowledge, and experience to enable him to represent Petitioner with due consideration to the seriousness of the possible penalty and the unique and complex nature of the litigation, and is qualified and willing to accept this appointment as lead counsel. Mr. Mowla is a member in good standing on the bar of this Court.

Accordingly, the Court **grants** the motion to appoint counsel and appoints **Michael Mowla** as lead counsel to represent the Petitioner in this case.

## Instructions to Counsel

<u>Compensation:</u>   Appointed counsel is entitled to compensation (currently at the hourly rate of $197) and other reasonably necessary services in accordance with the *Guide to Judiciary Policy*, Vol. 7, Pt. A, chapter 6. Counsel is directed to read the *Guide* along with the instructions for form CJA 30 and the Fifth Circuit Judicial Council's *Special Procedures for Reviewing Attorney Compensation Requests in Death Penalty Cases* (amended Feb. 1, 2005) in order to ensure proper compensation for time and expenses incurred herein.

<u>Case Budgeting:</u> Counsel is directed to consult with the Fifth Circuit Case Budgeting Attorney, Meg Alverson (504-310-7799), regarding the need for a case budget addressing attorney fees and any services other than counsel.

A copy of this order along with a CJA 30 form shall be provided to appointed counsel at the following address:

Michael Mowla, PLLC
P.O. Box 868
Cedar Hill, TX   75106

**SO ORDERED.**

January 25, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE