IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK NAPOLEON HARRIS, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | | No. 3:20-CV-03702-C |
| § | | **Death Penalty Case** |
| § | | |
| BOBBY LUMPKIN, § | | |
| Director, Texas Department of § | | |
| Criminal Justice, Correctional § | | |
| Institutions Division, § | | |
|     Respondent. § | | |

**RESPONDENT LUMPKIN'S CONDITIONAL NON-OPPOSITION TO PETITIONER'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER REGARDING APPOINTMENT OF COUNSEL**

This is a federal habeas corpus proceeding in which Petitioner Roderick Napoleon Harris seeks to challenge his presumptively valid Texas conviction for capital murder and death sentence by means of a petition for federal writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2020, Petitioner filed a Motion to Appoint Counsel requesting that this Court appoint Gwendolyn Payton as lead counsel and Adam Charnes as co-counsel. ECF 1. This Court refused to appoint the requested attorneys, finding that attorney Payton has a potential conflict of interest and attorney Charnes is not qualified to act as lead counsel, and in their stead appointed attorney Michael Mowla. ECF 4.

Petitioner has now filed a motion requesting that this Court reconsider that order. ECF 7. Petitioner's motion indicates that Harris waives any potential conflict of interest. ECF 7 at 8. However, the exhibit that the motion describes as the "Harris Waiver" is not a document executed by Harris himself. ECF 7 at 8; ECF 7-1. Rather the exhibit is electronic correspondence from attorney Lee Kovarsky to attorney Payton. ECF 7-1. In the correspondence, Mr. Kovarsky states that he discussed the effect of any potential conflicts with Mr. Harris. *Id.* The Director does not oppose Petitioner's request, provided Harris executes a written and signed waiver to that effect.

## CONCLUSION

For the foregoing reasons, the Director does not oppose the appointment of attorneys Payton and Charnes as Harris's federal habeas counsel, provided Harris waives any potential conflict of interest from that appointment.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    JOSH RENO
    Deputy Attorney General
    for Criminal Justice

          EDWARD L. MARSHALL
          Chief Criminal Appeals Division

          *s/ Rachel L. Patton*
          RACHEL L. PATTON
          Assistant Attorney General
          State Bar No. 24039030

          P. O. Box 12548, Capitol Station
          Austin, Texas  78711
          (512) 936-1600
          Fax No. (512) 936-1280

          ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

          *s/ Rachel L. Patton*
          RACHEL L. PATTON
          Assistant Attorney General