IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK NAPOLEON HARRIS, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | |
| | § | No. 3:20-cv-3702-C |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## ORDER

Before the Court is a motion for reconsideration (Doc. 7) purportedly filed on behalf Petitioner Roderick Harris by Benjamin Wolff, Director of the Texas Office for Capital and Forensic Writs (OCFW). However, Mr. Wolff previously advised the Court that the OCFW is "statutorily precluded from representing clients in federal habeas corpus proceedings." *See* Mot. for Appointment of Counsel at 2, ¶ 4 (Doc. 1). Accordingly, the Court STRIKES the motion without prejudice to Petitioner's filing any appropriate request for relief through his appointed counsel of record, Michael Mowla.

The Court further DIRECTS Mr. Mowla to advise the Court, in writing, whether any attorney sought his permission to communicate with his client. *See* Tex. Disc. R. of Prof. Conduct 4.02(a) ("In representing a client, a lawyer shall not communicate or cause or encourage another to communicate about the subject of the representation with a person, organization or entity of government the lawyer knows to be represented by another lawyer regarding that subject, unless the lawyer has the consent of the other lawyer or is authorized by law to do so.").

SO ORDERED.

February 10, 2021.

_____
Hon. Rebecca Rutherford
United States Magistrate Judge