IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODERICK NAPOLEON HARRIS, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACT. NO. 3:20-cv-03702-C |
| § | **DEATH PENALTY CASE** |
| BOBBY LUMPKIN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

**RESPONDENT LUMPKIN'S NOTICE OF APPEARANCE**

This is a federal habeas corpus proceeding initiated by Petitioner Roderick Napoleon Harris, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent and respectfully requests that all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

                                              EDWARD L. MARSHALL
                                              Chief, Criminal Appeals Division

                                              <u>s/ Stephen M. Hoffman</u>

*Attorney-in-charge                   *STEPHEN M. HOFFMAN
                                              Assistant Attorney General
                                                Texas Bar No. 24048978

                                              P. O. Box 12548, Capitol Station
                                              Austin, Texas 78711
                                              Tel: (512) 936–1400
                                              Fax: (512) 320–8132
                                              Email: Stephen.Hoffman@oag.texas.gov

                                              ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on September 19, 2023, I electronically filed the foregoing pleading with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys of record, who consented in writing to accept this Notice as service of this document by electronic means:

Michael Mowla
Michael Mowla PLLC
PO Box 868
Cedar Hill, TX 75106
Email: michael@mowlalaw.com

                                                              s/ Stephen M. Hoffman
                                                              STEPHEN M. HOFFMAN
                                                              Assistant Attorney General