IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK NAPOLEON HARRIS<br>Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>Respondent. | § § § § § § § § § § § § § | Civil Action No. 3:20-cv-03702-C<br>DEATH PENALTY CASE |

**CERTIFICATE OF INTERESTED PERSONS**

I do hereby certify, pursuant to the Local Rules of the Northern District of Texas, that other than Roderick Napoleon Harris, and the Director, counsel for the Respondent is unaware of any person with an interest in the outcome of this case.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
        For Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

|  |  |
|---|---|
| *Attorney in Charge | s/ Stephen M. Hoffman<br>STEPHEN M. HOFFMAN*<br>Assistant Attorney General<br>State Bar No. 24048978<br><br>P. O. Box 12548, Capitol Station<br>Austin, Texas  78711<br>(512) 936-1400<br>(512) 936-1280 (fax)<br>Stephen.Hoffman@oag.texas.gov<br><br>ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been served by placing it in the United States mail, postage prepaid, on September 19, 2023, addressed to:

Michael Mowla
Michael Mowla PLLC
PO Box 868
Cedar Hill, TX 75106
Email: michael@mowlalaw.com

                                                        s/ Stephen M. Hoffman
                                                        STEPHEN M. HOFFMAN
                                                        Assistant Attorney General