IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK NAPOLEON HARRIS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIV. NO. 3:20-cv-03702-E |
| | § | *DEATH PENALTY CASE* |
| BOBBY LUMPKIN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
## FOR THE DIRECTOR WITH BRIEF IN SUPPORT

This is a federal habeas corpus proceeding initiated by Petitioner Roderick Harris, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. Lead counsel, former Assistant Attorney General Willa Cockshutt, is no longer with the Office of the Attorney General for Texas, and this case has been reassigned to the undersigned counsel. Accordingly, the Director respectfully requests that Willa Cockshutt be withdrawn and removed as counsel of record for Bobby Lumpkin, Director of TDCJ-CID, and Assistant Attorney General Molly Knowles be substituted thereof. All future correspondence should be sent to the same address at the undersigned's attention.

Respectfully submitted,

|  |  |
|---|---|
|  | KEN PAXTON<br>Attorney General of Texas |
|  | BRENT WEBSTER<br>First Assistant Attorney General |
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  | EDWARD L. MARSHALL<br>Assistant Attorney General<br>Chief, Criminal Appeals Division |
| *Lead Attorney | /s/ Molly Knowles<br>MOLLY KNOWLES*<br>Assistant Attorney General<br>State Bar No. 24122954 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 936-1400<br>Facsimile No. (512) 936-1280<br>Molly.knowles@oag.texas.gov |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF CONFERENCE

The Director has conferred with Harris through his counsel of record, and he does not oppose this substitution.

                                        s/ Molly M. Knowles
                                        MOLLY M. KNOWLES
                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on November 8, 2023, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following.

Michael Mowla
Michael Mowla PLLC
PO Box 868
Cedar Hill, TX 75106
Email: michael@mowlalaw.com

                                        s/ Molly M. Knowles
                                        MOLLY M. KNOWLES
                                        Assistant Attorney General