# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **RODERICK NAPOLEON HARRIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.   3:20-cv-03702-E |
| ) | |
| **BOBBY LUMPKIN, Director,** ) | Capital Case |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule Civil Rule 83.12, Petitioner, **RODERICK NAPOLEON HARRIS**, by undersigned counsel, Michael Mowla and substituting attorneys Gwendolyn C. Payton and Adam H. Charnes, respectfully request the Court grant the withdrawal of current counsel Michael Mowla and substitution of Gwendolyn C. Payton and Adam H. Charnes as counsel of record in this proceeding. Gwendolyn C. Payton and Adam H. Charnes seek to substitute as counsel as pro bono counsel through the appeal and all proceedings subsequent to the direct appeal, including but not limited to any petition for certiorari to the Unted States Supreme Court and subsequent State and federal habeas proceedings, representation before the Clemency Section of the Texas Board of Prison Pardons of Paroles, and stays of execution.

Ms. Payton contact information is as follows:

>Gwendolyn C. Payton
>Kilpatrick Townsend & Stockton
>2001 Ross Avenue, Suite 4400
>Dallas, TX 75201
>gpayton@ktslaw.com
>(206) 626-7714

Mr. Charnes' contact information is as follows:

>Adam H. Charnes
>Kilpatrick Townsend & Stockton
>2001 Ross Avenue, Suite 4400
>Dallas, TX 75201
>acharnes@ktslaw.com
>(214) 922-7106

WHEREFORE, Petitioner, Mr. Harris, through his attorneys, Michael Mowla and substituting attorneys Gwendolyn C. Payton and Adam H. Charnes, respectfully requests this Court grant the withdrawal of Mr. Mowla as counsel and substitution of Ms. Payton and Mr. Charnes as counsel.

DATED:   November 22, 2024.

>Respectfully submitted,
>
>/s/ *Michael Mowla*
>Michael Mowla
>PO Box 868
>Cedar Hill, TX 75106
>972-795-2401
>michael@mowlalaw.com
>Texas Bar Number 24048680
>
>*Withdrawing Counsel of Record for Petitioner,*
>*Roderick Napoleon Harris*

/s/ *Adam H. Charnes*
Adam H. Charnes
Texas Bar Number 24090629
Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Ste 4400
Dallas, TX 75201-2924
214 922 7106
Fax: 214 481 0517
Email: acharnes@ktslaw.com

*Substituting Counsel of Record for Petitioner, Roderick Napoleon Harris*

/s/ *Gwendolyn C. Payton*
Gwendolyn C. Payton
*Pro Hac Vice Pending*
Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Ste 4400
Dallas, TX 75201-2924
206.626.7713
Fax: 214 481 0517
Email: gpayton@ktslaw.com

*Substituting Counsel of Record for Petitioner, Roderick Napoleon Harris*

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, a copy of this document was served upon all parties and attorneys of record via the ECF filing system.

/s/ *Gwendolyn C. Payton*
Gwendolyn C. Payton